Dale C. Campbell, State Bar No. 99173
**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: dcampbell@weintraub.com

Attorneys for Defendants and Counterclaimants
Hearthco, Inc., Solid Rock Enterprises,
Douglas Standal, and Stacey Standal

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN POLYMERS, LLC, an Illinois limited liability company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HEARTHCO, INC., a California corporation; SOLID ROCK ENTERPRISES, an entity of unknown form; DOUGLAS STANDAL, an individual; and STACEY STANDAL, an individual,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:08-CV-00108 JAM EFB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MEDIATION AND, IF NECESSARY, BINDING ARBITRATION THROUGH CHRISTIAN CONCILIATION**<br><br>The Hon. John A. Mendez |

All parties, by and through their attorneys, hereby stipulate as follows:

A.  　Resolution of Disputes.  All parties agree to submit the claims set forth in the complaint and counterclaim filed the above entitled action to mediation and, if necessary, to binding arbitration through Christian Conciliation administered by Peacemaker Ministries as provided in this Stipulation for Binding Arbitration ("Stipulation"). This Stipulation applies to any claim which is alleged, or which could have been alleged, in the Complaint and Counterclaim on file in this

matter (collectively, the "Dispute").

B. <u>Mediation and Binding Arbitration</u>. The parties agree to mediate the Dispute in good faith to bring the Dispute to a mutually agreeable resolution. If the mediation is not successful, the Dispute shall be submitted to, and be conclusively determined by, binding arbitration in accordance with this Stipulation.

C. <u>Selection of Mediator</u>. The mediator(s) and, if necessary, arbitrator(s) shall be selected in accordance with the Rules of Christian Conciliation of the Institute for Christian Conciliation.

D. <u>Location of Mediation/Arbitration</u>. The mediation/arbitration proceedings shall be conducted in Illinois, at the location set by the mediator/arbitrator.

E. <u>Procedures</u>. The mediation and, if necessary, arbitration shall be conducted in accordance with the Rules of Christian Conciliation of the Institute for Christian Conciliation.

F. <u>Costs of Mediation/Arbitration</u>. Plaintiff and Defendants shall bear the costs of mediation/arbitration equally (50/50). If the Dispute does not settle at mediation, the final allocation of costs, including the award of attorneys' fees if appropriate, shall be determined by the arbitrator.

G. <u>Stay of Court Action</u>. The parties further stipulate that the above entitled action, Case No. 2:08-CV-00108 JAM EFB, shall be stayed pending the outcome of the mediation/arbitration and that the Court shall retain jurisdiction to enforce this Stipulation and thereafter enter judgment on the mediation/arbitration award as appropriate.

The foregoing Stipulation is agreed to.

Dated: June 26, 2009          **WEINTRAUB GENSHLEA CHEDIAK**
                              Law Corporation

1
2
3
4  Standal,
5
6
7
...
28

By: /s/ Dale C. Campbell
Dale C. Campbell
State Bar No. 99173

Attorneys for Defendants and Counterclaimants Hearthco, Inc., Solid Rock Enterprises, Douglas and Stacey Standal

{1125992.DOC;}                                3                    Stipulation and [Proposed]
                                                                   Order re Mediation/Arbitration

| | | |
|---|---|---|
| 1 | Dated: June 23, 2009 | **LAW OFFICES OF KEVIN C. YOUNG** |
| 2 | | |
| 3 | | By: /s/ Kevin C. Young<br>Kevin C. Young<br>State Bar No. 125298 |
| 4 | | |
| 5 | Counterdefendant | Attorney for Plaintiff and Crown Polymers, LLC |
| 6 | | |
| 7 | Dated: June 23, 2009 | **ANWYL, SCOFFIELD, & STEPP, LLP** |
| 8 | | |
| 9 | | By: /s/ James T. Anwyl<br>James T. Anwyl<br>State Bar No. 78718 |
| 10 | | |
| 11 | Counterdefendant | Attorneys for Plaintiff and Crown Polymers, LLC |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. *THE CASE IS STAYED until January 26, 2010. The parties are ordered to file a joint status report with the Court on January 26, 2010 if this case is still pending as of that date.*

Dated: JUNE 26, 2010

Hon. John A. Mendez
Judge, United States District Court