Kevin C. Young, Esq. SBN 125298
3131 Fourth Avenue
San Diego, CA  92101
Telephone:  (619) 232-3090
Facsimile:  (619) 696-0045
E-Mail:  KevinCYoungEsq@aol.com

Attorney for Plaintiff and Counterdefendant CROWN POLYMERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN POLYMERS, LLC, an Illinois limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEARTHCO, INC., a California corporation, et al.,<br><br>　　　　Defendants. | No.  2:08-cv-00108-JAM-JDP<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**<br><br>**[FRCP 41(a)(2)]** |

Plaintiff and Counterdefendant CROWN POLYMERS, LLC and Defendants and Counterclaimants HEARTHCO, INC., SOLID ROCK ENTERPRISES, DOUGLAS STANDAL and STACEY STANDAL hereby stipulate under Federal Rule of Civil Procedure 41(a)(2) that this action be dismissed in its entirety with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

Dated:  June 23, 2023          /s/ Kevin C. Young
　　　　　　　　　　　　　Kevin C. Young, Esq.
　　　　　　　　　　　　　Attorneys for Plaintiff and Counterdefendant
　　　　　　　　　　　　　CROWN POLYMERS, LLC

Dated:  June 22, 2023          Weintraub Tobin Chediak Coleman Grodin
　　　　　　　　　　　　　Law Corporation


　　　　　　　　　　　　　By: /s/ Dale C. Campbell
　　　　　　　　　　　　　　　Dale C. Campbell, Esq.
　　　　　　　　　　　　　Attorneys for Defendants and Counterclaimants
　　　　　　　　　　　　　HEARTHCO, INC., SOLID ROCK ENTERPRISES,
　　　　　　　　　　　　　DOUGLAS STANDAL and STACEY STANDAL

{3914111.DOCX:}　　　　　　　　　　1

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED** IN ITS ENTIRETY, WITH PREJUDICE, as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.  The Clerk is **DIRECTED** to close the file.

Dated: June 28, 2023                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE

{3914111.DOCX:}                            2